FILED
Charlotte
07/28/2023
U.S. District Court
Western District of N.C.

| | |
|---|---|
| SOCIAL SECURITY ADMINISTRATION OFFICE OF HEARING OPERATION ) | STATE OF NORTH CAROLINA MECKLENBURG COUNTY |
| ) | FEDERAL TORT |
| MR. PAUL GOODSON Administrational Law Judge Respondants ) | July 24, 2023 7:33 AM sec. 33 |
| ) | RECOMMANDATON |
| -VS- ) | UNFAIR DECISION BREACH OATH OF OFFICE UNDER Artile III. Section 1., 2. (Behaviorer) |
| MR. DERRICK BOGER ® Claimant 21F116G36543 Beneficiary Notice Control No. ) | RECOMMANDATION |

Case Number-3:23-cv-487

Entering into the illuminating light of a untilting justice, MR. DERRICK BOGER®, enter under the umbrarrell of justice [D.D.B.] BNC# 22W971 OJZ5500, stating that (the) administrative Law Judge Paul Goodson didn't hold his oath in the true light of a healing justice, nor

(1)

his office under administrational policy, of due process and procedure of the law...
United State Constitutional Article.I., Article.III., was publicly breach and his behavior was bias, unconstitutional, and stated in stenographer report, of his bias...

Claimant earned this compastion by torcher, lost, family members dying in his eyes, and solitary confindment which broke spirit into ~~peach~~ peaces, into mental trauma, P.S.T.D, dispression, anxiety, and bipolar is his everyday ~~step~~. The pursue of happyness and everyday livelihood is lost so it's a real sad thing to watch by his love ones, family and friends, and community...

If you check records 2018 year ~~claimant~~ claimant had be in mental trauma sense 1995 in a incarcerational state but aether being released in 2017 [december] claimant went to get aid by the so called light ~~set~~ scale holders and they tilted justice because of my race tilted of African American, yet, United state's Constitutional Articles & Amendments

(2)

state otherwise and North Carolina State's Constitutional Artilce.1, Section.1, was breach also and N.C.G.S. Art.1. Sec.1, Sec.19., and claimant suffer more being disable he felt it was no one to help him get aid but Father God has sent you might illuminating justice master of affairs of broken men because of pride and fleshly ~~had~~ hate, that when the great light of justice illuminate to guide the way...

Add not the hate of the pass to be the love of the future...! Stated: By Believe of the light Europe 17|17 BC...

Judge that handle the case was told by the higher court to grant the back pay to please the courts and lower ~~court~~ judge forgot his oath over race, pride, and LGBT community terrorist ~~ss~~ attack on the community even in court where the United states Constitution is the highest law in the land and if

(3)

LGBT laws are not in appliance with that they must be changed and and without delay it must proceed...

States Constitution also have to be in line with the United States Constitutional Amendments ats as well and Articles.

[RELIEFS SOUGHT REMEDY BESEECHED] FOR

That monatry compastions be prosented to the Claimant of $7,000,000.00 dollars TO BE SPLIT AS STATED MR. DERRICK D. BOGER®, $2,000,000.00 dollars, and to residing judge $2,000,000.00 dollars, $1,000,000.00 General Attorney, and stenographer reporter $500,000.00 dollars, chapel $500,000.00

Claiment swear under penalities of perjury that all is true to the best of his beliefs and knowledge so help him God MR. DERRICK BOGER®

(4) A

# STATE OF NORTH CAROLINA

**MECKLENBURG** County

File No. _____

In The General Court Of Justice
☐ District ☑ Superior Court Division

**Name Of Plaintiff(s)**
MR. DERRICK D. BOGER

VERSUS

**Name Of Defendant**
MR. PAUL GOODSON Admin.

## AFFIDAVIT OF SERVICE OF PROCESS BY
☑ REGISTERED MAIL
☐ CERTIFIED MAIL
☐ DESIGNATED DELIVERY SERVICE

G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j)2

I, the undersigned, did mail by ☑ registered mail (return receipt requested), ☐ certified mail (return receipt requested), ☐ designated delivery service (delivery receipt requested),

a copy of the summons and complaint ☑ and other document(s) (list): To be service to Mr. Paul Goodson Admin. Law Judge for breach of U.S.A. Con. Art. III.

in the above captioned action to (name of person to be served): MR. Paul Goodson Admin.

addressed as follows: Hearings Operation 2201 Coronation Blvd, Char, N.C. 28227-6741 / Hearing judge breach his oath of office, showed buisness, didn't uphold his office in the best of his behavior, and under oath didn't follow United States Constitutional Article, Admini Amendments...

Further, that copies of the summons and complaint ☐ and the above listed other document(s) (check, if applicable) were in fact received by the defendant on (date of receipt) July 27, 2023, as evidenced by the attached original receipt.

(Attach original receipt or electronic proof of signature confirmation to this affidavit.)

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

[Notary block crossed out with X]

**Signature Of Plaintiff/Attorney:** MR. Derrick Boger ®

**Name (type or print):** MR. DERRICK D. BOGER ®

---

Plaintiff suffer from mental trauma to a gravely degree; thereby, beseeching the justice in light...!

Plaintiff, MR. DERRICK D. BOGER ®, swear under penalties of perjury that all is true to the best of his knowledge and beliefs so help me God...

MR. Derrick Boger ®, July 26, 2023 (SEAL)
9:30 PM SEC. 33 (4) B

# STATE OF NORTH CAROLINA

MECKLENBURG County

**Name Of Plaintiff**
MR. DERRICK D. BOGER
**Address**
P.O. Box 11346
**City, State, Zip**
Char., NC 28220

**VERSUS**

**Name Of Defendant(s)**
MR. PAUL GOODSON
Admin. Law Judge
Respondants

File No.

In The General Court Of Justice
☐ District ☑ Superior Court Division

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**
July 26, 2023, 8:37pm Sec. 33
**Date(s) Subsequent Summons(es) Issued**

## To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
MR. PAUL GOODSON, Office of
Hearings Operation 2201 Coronation
Blvd., Char., NC 28227-6741

**Name And Address Of Defendant 2**

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
MR. DERRICK D. BOGER
P.O. Box 11346
Char., NC 28220

**Date Issued**: July 26, 2023   **Time**: 8:37pm ☐ AM ☑ PM
**Signature**: MR. Derrick Boger JR
☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**   **Time**  ☐ AM  ☐ PM
**Signature**
☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

Case 3:23-cv-00487-FDW-DCK   Document 1   Filed 07/28/23   Page 6 of 7

(5)A

# CERTIFICATE OF SERVICE

THE FOLLOWING FEDERAL TORT Cliam was place in the United States mailing system...

Date: July 25, 2023
Time: 8:03 AM sec 33
Signature: Derrick Boger

(SEAL)

(5)B